# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RODNEY CHAVERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1916

[March 19, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 502015CF012000A.

Jacob M. Noble, Palm Beach Gardens, for appellant.

Ashley Moody, Attorney General, Tallahassee, and MaryEllen Farrell, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***